UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SENTRY EQUITIES, LTD, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> ALLSTATE LIFE INSURANCE COMPANY; § <br> d/b/a NORTHBROOK LIFE INSURANCE § <br> COMPANY § <br> and § <br> ALLSTATE ASSURANCE COMPANY d/b/a § <br> NORTHBROOK LIFE INSURANCE § <br> COMPANY § <br> and § <br> LIFE INFORCE PROCESSING, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:21-CV-00052 |

## ORDER

Before the Court is the defendants', Allstate Life Insurance Company d/b/a Northbrook Life Insurance Company and Allstate Assurance Company d/b/a Northbrook Life Insurance Company (together "Allstate") Motion to Dismiss pursuant Rule 12(B)(1) and 12(B)(6) (Dkt. No. 4). After considering the motion, response, applicable law, and the argument of counsel, if any, the Court is of the opinion that it should be DENIED.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is DENIED. This cause of action is ripe as it was precipitated by the change in contractual terms.

It is so ORDERED.

SIGNED on this 29th day of March, 2021.

_____
Kenneth M. Hoyt
United States District Judge